# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVON D. CHISLEY, | No. 4:16-CV-01980 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| SUPERINTENDENT KEVIN KAUFFMAN, *et al.*, | |
| Respondents. | |

## ORDER

### MARCH 25, 2020

LaVon D. Chisley, a Pennsylvania state prisoner, filed this 28 U.S.C. § 2254 petition seeking to vacate his convictions and sentence.[1] Chisley raises numerous claims in his petition, including several claims of ineffective assistance of counsel and claims related to purportedly erroneous jury instructions and an illegal sentence.[2]

In November 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny the petition.[3] Magistrate Judge Carlson recommends finding that Chisley's claims are procedurally defaulted, and that no exceptions would permit this Court to consider the claims.[4] He also

---

[1] Doc. 1.
[2] *Id.*; Doc. 26.
[3] Doc. 27.
[4] *Id.* at 19-22.

concludes that, regardless of whether Chisley's claims were properly exhausted, they are without merit.[5]

After receiving an extension of time, Chisley filed timely objections to the Report and Recommendation.[6] Chisley raises five primary objections, asserting that Magistrate Judge Carlson erred in: (1) giving deference to the state court rulings when there was no evidentiary hearing and, thus, no adjudication on the merits in state court; (2) concluding that Chisley's claims are procedurally defaulted; (3) failing to conduct an evidentiary hearing; (4) failing to recognize that the state court proceedings were unfair and denied due process to Chisley; and (5) failing to address material facts that are in dispute.[7] Chisley devotes the remainder of his objections to rearguing the merits of some of his underlying claims.[8]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[9] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or

---

[5] *Id.* at 23-38.
[6] Doc. 30.
[7] *Id.* at 2-12.
[8] *Id.* at 12-28.
[9] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).

recommendations.[10]  Upon de novo review, the Court finds no error in Magistrate Judge Carlson's Report and Recommendation.  Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 27) is **ADOPTED**;

2. Chisley's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

3. The Court declines to issue certificate of appealability;[11] and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[10] 28 U.S.C. § 636(b)(1); Local Rule 72.31.
[11] *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (setting forth legal standard).